# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:11-CR-239-BLW |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| FRANCISCO JAVIER RAMIREZ-ARREOLA, | |
| Defendant. | |

Before the Court is a Report and Recommendation filed by the United States

Magistrate Judge. (Dkt. 19). On April 5, 2012, Defendant FRANCISCO JAVIER

RAMIREZ-ARREOLA appeared before the Magistrate Judge to enter a change of plea

pursuant to a written plea agreement. The Magistrate Judge conducted the plea hearing

and concluded there is a factual basis for Defendant's plea of guilty to the charges

contained in Counts Two, Five, and Eleven of the Indictment (Dkt. 1), and that it was

entered voluntarily and with full knowledge of the consequences. No objections to the

Report and Recommendation have been filed.

The Court now has reviewed the record, and finds that the requirements of Rule 11

have been met. *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003).

Specifically, the Court finds that the Magistrate Judge adhered to the requirements of

Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and not the

result of force or threats or promises apart from the plea agreement; and that a factual

basis for the plea exists. *See id.* Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Dkt. 19) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to the crimes charged in Counts Two, Five, and Eleven of the Indictment (Dkt. 1), shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant FRANCISCO JAVIER RAMIREZ-ARREOLA is found to be GUILTY as to the applicable crimes charged in the Indictment. (Dkt. 1).

DATED: April 24, 2012

B. LYNN WINMILL
Chief U.S. District Court Judge